IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WENDELL TRUITT,

      Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1665

Opinion filed December 4, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Wendell Truitt, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

VAN NORTWICK, ROWE, and MAKAR, JJ., CONCUR.